1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  UNITED STATES OF AMERICA | ) | Case No. 98CR0786-BTM |
| 10             Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND |
| 11       v. | ) ) | RECALL ARREST WARRANT |
| 12  JOHN HEENEN (8), | ) ) | |
| 13             Defendant. | ) ) | |
| 14 | ) ) | |

16   Upon motion of the UNITED STATES OF AMERICA and good cause appearing,
17   IT IS HEREBY ORDERED that the Indictment in the above captioned case
18 against John Heenen be dismissed without prejudice, and the Arrest Warrant be recalled.

20   IT IS SO ORDERED.
21 Dated: January 4, 2017

_____
Barry Ted Moskowitz, Chief Judge
United States District Court